# Third District Court of Appeal
## State of Florida

Opinion filed April 13, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-132
Lower Tribunal No. 19-44-A-P
_____

**Steven Dexter Bennett,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Monroe County, James W. Morgan, III, Judge.

Steven Dexter Bennett, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and SCALES, and GORDO, JJ.

PER CURIAM.

Affirmed.